HAMBRIGHT *v.* WESTERN AND ATLANTIC RAILROAD COMPANY.

LEWIS, J. 1. The affirmative and positive testimony of witnesses as to the actual facts of a particular occurrence can not be overcome by testimony which is negative in character, or consists of mere opinions.

2. As to a trespasser walking upon the track of a railroad, the duty of observing ordinary care and diligence for his protection does not devolve upon the company's servants in charge of a train until his presence upon the track becomes known to them. *Atlanta Ry. Co.* v. *Leach*, 91 *Ga.* 419; *Atlanta Ry. Co.* v. *Gravitt*, 93 *Ga.* 369.

3. Applying the above rules to the evidence in the present case, it is manifest that the plaintiff was not entitled to a recovery, and the court, therefore, did not err in directing a verdict for the defendant.

*Judgment affirmed. All the Justices concurring.*

Argued October 1,—Decided October 27, 1900.

Action for damages. Before Judge Fite. Catoosa superior court. February term, 1900.

*Seaborn Wright, W. H. Odell,* and *Shumate & Maddox,* for plaintiff. *Payne & Tye* and *R. J. & J. McCamy,* for defendant.